## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DOE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ARCHDIOCESE OF PHILADELPHIA,** | : | **No. 20-3024** |
| *Defendants* | : | |

## O R D E R

**AND NOW**, this 2nd day of March, 2021, upon consideration of the Defendants' Motion for Judgment on the Pleadings (Doc. No. 25), Plaintiff's Response in Opposition to the Motion (Doc. No. 29), and Defendants' Reply in Further Support of their Motion (Doc. No. 31), it is hereby **ORDERED** that:

1. The Motion (Doc. No. 25) is **GRANTED**.

2. The above-captioned case is **DISMISSED**.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1